IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEONA JOHNSON                                                                                          PLAINTIFF

V.                                        NO. 3:07CV00111   JFF

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## ORDER

Defendant's unopposed Motions for Enlargement of Time (DE# 13 & 14) are GRANTED.

IT IS SO ORDERED this 23rd day of April, 2008, *nunc pro tunc* to March 17, 2008.

UNITED STATES MAGISTRATE JUDGE