## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KEONA JOHNSON**                                                    **PLAINTIFF**

**V.**                         **No. 3:07CV00111-BD**

**MICHAEL ASTRUE, Commissioner**
**Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g)and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 22nd day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE