IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEONA JOHNSON**                                                                                          **PLAINTIFF**

V.                                    No. 3:07CV00111-BD

**MICHAEL ASTRUE, Commissioner**
**Social Security Administration**                                                              **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #21). Plaintiff requests fees in the amount of $1,522.56 and expenses in the amount of $16.14. The Commissioner does not object to the amount requested by the Plaintiff (#23). Accordingly, Plaintiff's motion (#21) is GRANTED and Plaintiff is awarded $1,538.70 in fees and expenses.

IT IS SO ORDERED this 12th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE